UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KAREN ELIZABETH CUMMINGS,<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | No. 3:18-cv-05655-TSZ<br><br>ORDER FOR ATTORNEY FEES |

Plaintiff's unopposed motion for attorney fees, docket no. 20, is hereby GRANTED as follows: Kevin Kerr is allowed attorney fees under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $10,800.00, out of which Plaintiff shall be refunded the $1,088.64 already received by counsel under the Equal Access to Justice Act.

Any funds withheld by the Commissioner in anticipation of an order under § 406(b), less an administrative assessment pursuant to 42 US.C. § 406(d), may be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428),[1] PO Box 14490, Portland, OR 97293, consistent with this order.

Dated this 2nd day of May, 2022.

Thomas S. Zilly
United States District Judge

---

[1] Formerly known as Schneider Kerr & Robichaux.

1  Presented by:

2  s/ Kevin Kerr
   KEVIN KERR, WSB #47715
3  Kerr Robichaux & Carroll
   PO Box 14490
4  Portland, OR 97293
   (503) 255-9092
5  Kevin.kerr@nwdisabilitybenefits.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22